To whom it may concern,

I can state that Kari Danielle Carter was a student in my class during 2015-16. She was enrolled in Physical Chemistry I and II, which I teach at East Tennessee State University. She is a good student and always prevails in her studies. She was among the top high scorers on tests for Physical Chemistry II. She also will be pursuing an internship with Eastman in the near future. The internship program will not start until the summer since they no longer provide access to them in the fall.

Thank you,
Scott Kirkby

Assistant Dean, School of Graduate Studies
Professor, Department of Chemistry
East Tennessee State University
Box 70720
Johnson City, TN 37614
USA
ph: 423-439-8638 (SGS)
ph: 423-439-5823 (Chem)
fax: 423-439-5835
kirkby@etsu.edu