Forwarded message ----------
From: "FREDERICK MILES" <hti0272@bellsouth.net>
Date: Sep 6, 2017 12:48 PM
Subject: Re: FWM
To: "Kari Carter" <carterkd33@gmail.com>
Cc:

To whom it may concern:

I have known Danielle Carter since she was in the 8th grade. She has always been a polite and friendly young lady. She was in the youth group at our church "Harriman United Methodist Church" and was always an asset to the group. She traveled with us on several mission trips and was a very hard worker, willing to do whatever kind of work that was needed. On a school trip to New York she was approached by a peer to disobey some signs in one of the buildings and she wouldn't do it. I have never known Danielle to be anything other than respectful to adults and her peers. As far as I know Danielle has never been in any trouble and I don't think she ever will be, she is just a good person.

Agape,
Fred Miles