**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES – SENTENCING AND JUDGMENT**

U.S.A. vs. KARI CARTER　　　　　　　　　　　　　　　　**Date:** September 18, 2017

**Case No.:** 2:16-cr-115-007　　　　　　　　　　　　　　　　**At:** Greeneville

**PROCEEDINGS:** Sentencing.

**PRESENT: HONORABLE J. RONNIE GREER, UNITED STATES DISTRICT JUDGE**

| Leah Cassanego | Karen J. Bradley | Helen C.T. Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

| Donald E. Spurrell | | Karen L. Calhoun |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present:** USMS. CSO

**PROCEEDINGS:**

[X] Witnesses Sworn
[X] Court orders defendant undergo full psychiatric evaluation


[X] Placed in custody of U.S. Marshal　　　　　　**Time:** 9:07 p.m. **to** 12:16 p.m.