**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES – SENTENCING AND JUDGMENT**

U.S.A. vs. KARI CARTERDate: December 6, 2017

Case No.: 2:16-cr-115At: Greeneville

**PROCEEDINGS: Sentencing.**

**PRESENT: HONORABLE J. RONNIE GREER, UNITED STATES DISTRICT JUDGE**

| Leah Cassanego | Karen J. Bradley | Helen C.T. Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

| Donald E. Spurrell | | Karen L. Calhoun |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present: USMS. CSO**

**PROCEEDINGS:**
**[X] Defendant given opportunity to speak and[X] speaks**
**[X] COURT PRONOUNCES JUDGMENT:**
The defendant is hereby committed to the Bureau of Prisons to be imprisoned for a term of **4 months** as to **Count One** of the Indictment. This sentence shall be served **concurrently** with any sentence imposed in Washington County, Tennessee, General Sessions Court Docket Number 0109642. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.
**[X] Special Assessment:** $100.00
**[X] Fine Waived**
**[X] Court Recommends:**
The court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. The defendant shall undergo mental health evaluation and treatment as needed while in the custody of the Bureau of Prisons.
**[X] Placed in custody of U.S. Marshal**

**Time:** 3:50 p.m. **to** 4:57 p.m.